NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Karl S. Kronenberger
Katherine E. Hollist
Kronenberger Rosenfeld, LLP
150 Post St., Ste. 520
San Francisco, CA 94108
(415) 955-1155

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

Warner Bros. Entertainment Inc., a Delaware corporation,

Defendant(s)

CASE NUMBER: 2:22-cv-01272

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Charissa Keebaugh | None to report. |
| Plaintiff Stephanie Neveu | None to report. |
| Plaintiff Heather Mercieri | None to report. |

February 24, 2022
Date

s/Karl S. Kronenberger
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs