AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Charissa Keebaugh, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-01272-CAS-AFM |
| Warner Bros. Entertainment Inc., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, and the proposed class   .

Date:   03/03/2022

s/ Jeffrey M. Rosenfeld
*Attorney's signature*

Jeffrey M. Rosenfeld (Bar No. 222187)
*Printed name and bar number*
300 Spectrum Center Drive
Suite 400
Irvine, CA, 92618

*Address*

jeff@krinternetlaw.com
*E-mail address*

(949) 374-5036
*Telephone number*

(415) 955-1158
*FAX number*