# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARISSA KEEBAUGH, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-1272-CAS |
| v. | |
| WARNER BROS. ENTERTAINMENT INC. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

March 3, 2022
Date

_Christina A. Snyder_
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Maame Ewusi-Mensah Frimpong__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __MEMF__ after the case number in place of the initials of the prior judge so that the case number will read __2:22cv1272 MEMF-AFMx__. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (03/21)   ORDER RETURNING CASE FOR REASSIGNMENT