Karl Kronenberger, 226112
(415)955-1155 Ext 121
Kronenberger Rosenfeld
150 Post Street, Suite 520
San Francisco, CA 94108
Representing: Plaintiff

File No. Keebaugh

United States District Court, Central District of California

Central District of California - District - Los Angeles - First Street

Charissa Keebaugh, et al.

    Plaintiff/Petitioner

    vs.

Warner Bros. Entertainment Inc.

    Defendant/Respondent

Case No. 2:22-cv-01272-CAS-AFM

Proof of Service of:

 Summons; Complaint; Civil Cover Sheet; Certificate of Notice; Notice of Assignment; Notice to Parties; Notice to Counsel; COVID-19 Notice; COVID-19 Guidance; Notice to Counsel; Stipulated Protective Order; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application

Service on:

 Warner Bros. Entertainment Inc.

PROOF OF SERVICE

OL#17781536

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Karl Kronenberger, 226112  Kronenberger Rosenfeld  150 Post Street, Suite 520  San Francisco, CA 94108 | TELEPHONE NO.: (415)955-1155 Ext 121 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. Keebaugh | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
Charissa Keebaugh, et al.

DEFENDANT:
Warner Bros. Entertainment Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 2:22-cv-01272-CAS-AFM |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons; Complaint; Civil Cover Sheet; Certificate of Notice; Notice of Assignment; Notice to Parties; Notice to Counsel; COVID-19 Notice; COVID-19 Guidance; Notice to Counsel; Stipulated Protective Order; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application; Notice of Pro Hac Vice Application

2. Party Served: Warner Bros. Entertainment Inc.

3. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 03/03/2022   12:44PM

5. Address, City and State: 330 North Brand Blvd, #700
   Glendale, CA 91203

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 2022016931
Devon Fitzgerald
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2022 at Petaluma, California.

Signature: _____
Devon Fitzgerald

OL# 17781536