**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@KRInternetLaw.com
Katherine E. Hollist (*pro hac vice* to come)
kate@KRInternetLaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**POLLOCK COHEN LLP**
Raphael Janove (*pro hac vice* to come)
rafi@pollockcohen.com
Adam Pollock (*pro hac vice* to come)
adam@pollockcohen.com
60 Broad St., 24th Fl.
New York, NY 10004
Telephone: (212) 337-5361

**JAY KUMAR LAW**
Jay Kumar (*pro hac vice* to come)
jay@jaykumarlaw.com
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **CHARISSA KEEBAUGH, STEPHANIE NEVEU,** and **HEATHER MERCIERI,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WARNER BROS. ENTERTAINMENT INC.,** a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01272-MEMF-AFM<br><br>**DECLARATION OF KATHERINE E. HOLLIST IN SUPPORRT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

Case No. 2:22-cv-01272-MEMF-AFM

DECL. OF K. HOLLIST ISO PRO HAC VICE APP

I, Katherine E. Hollist, declare as follows:

1. I am an attorney, not admitted to practice law in the State of California. I am a senior associate at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri, and the proposed class ("Plaintiffs") in the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. While I work for the law firm of Kronenberger Rosenfeld, LLP, which has offices in San Francisco and Irvine, CA, I work remotely and reside in Oklahoma.

3. I took the California Attorney's Examination on February 22, 2022. When I pass the California Attorney's Examination, I plan to apply for full admission to the California Bar, and will then apply for full admission to the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 4, 2022, in Oklahoma City, Oklahoma.

_____
Katherine E. Hollist