Raphael Janove
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charissa Keebaugh, Stephanie Neveu, Heather Mercieri,<br><br>Plaintiff(s)<br>v.<br><br>Warner Bros. Entertainment, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-01272-MEMF-AFMx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Janove, Raphael                                    of    Pollock Cohen LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         60 Broad St., 24th Fl.
212-337-5361                                              New York, NY 10004
*Telephone Number*
rafi@pollockcohen.com
*E-Mail Address*                                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, on behalf of themselves and all others similarly situated

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Rosenfeld, Jeffrey M.                              of    KRONENBERGER ROSENFELD, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         300 Spectrum Center Drive
222187          949-374-5036          (949) 374-5056         Suite 400
                                                              Irvine, CA 92618
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jeff@KRInternetLaw.com
*E-Mail Address*                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**