1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   karl@KRInternetLaw.com
3  Katherine E. Hollist (*pro hac vice* pending)
   kate@KRInternetLaw.com
4  150 Post Street, Suite 520
5  San Francisco, CA 94108
   Telephone: (415) 955-1155
6  Facsimile: (415) 955-1158
7

8  **POLLOCK COHEN LLP**                    **JAY KUMAR LAW**
   Raphael Janove (*pro hac vice* pending)   Jay Kumar (*pro hac vice* pending)
9  rafi@pollockcohen.com                     jay@jaykumarlaw.com
   Adam Pollock (*pro hac vice* to come)     73 W. Monroe Street, Suite 100
10 adam@pollockcohen.com                     Chicago, IL 60603
11 60 Broad St., 24th Fl.                    Telephone: (312) 767-7903
   New York, NY 10004
12 Telephone: (212) 337-5361
13

14 *Attorneys for Plaintiffs and the Proposed Class*

15                 **UNITED STATES DISTRICT COURT**
16                 **CENTRAL DISTRICT OF CALIFORNIA**
                   **WESTERN DIVISION**
17

18 **CHARISSA KEEBAUGH,**              Case No. 2:22-cv-01272-MEMF-
   **STEPHANIE NEVEU,** and            AFMx
19 **HEATHER MERCIERI,**
   on behalf of themselves and all
20 others similarly situated,
21
22            Plaintiffs,             **PLAINTIFFS' RESPONSE TO**
                                      **NOTICE OF *PRO HAC VICE***
23       v.                          **APPLICATIONS DUE**
24
25 **WARNER BROS.**
   **ENTERTAINMENT INC.,** a
26 Delaware corporation,
27            Defendant.
28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1       Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri

2 (collectively, "Plaintiffs") hereby submit the following response to the Court's

3 Notices of *Pro Hac Vice* Applications Due for attorney Adam Pollock (the

4 "Applying Attorney") [D.E. No. 11]. The Notices of Applications Due require

5 that the Applying Attorney complete an Application of Non-Resident Attorney

6 to Appear in a Specific Case *Pro Hac Vice* (Form G-64) and have the

7 undersigned local counsel file the Application electronically within five (5)

8 business days of the Notices of Application, which were entered on February

9 28, 2022, making the Applying Attorney's Application due March 7, 2022.

10       Pursuant to Local Rule 83-2.1.3.3(b)(3), the Applying Attorney is

11 required to submit a Certificate of Good Standing from each state bar in which

12 he is a member, issued no more than 30 days before filing the Application of

13 Nonresident Attorney to Appear in a Specific Case.

14       The Applying Attorney has obtained the said Certificate of Good

15 Standing from the State Bar of New York, but is awaiting a Certificate of Good

16 Standing from the other state bar to which he is admitted, namely, the State

17 Bar of New Jersey, which will be arriving via first-class mail. The Applying

18 Attorney has not yet received this Certificate of Good Standing. As such, the

19 Applying Attorney respectfully requests additional, reasonable time to receive

20 the Certificate of Good Standing from the State Bar of New Jersey, after which

21 receipt he will promptly file his *Pro Hac Vice* Application.

22 Respectfully Submitted,

23 DATED: March 7, 2022      **KRONENBERGER ROSENFELD, LLP**

24

25               By:   s/ Karl S. Kronenberger

26                     Karl S. Kronenberger

27               Attorneys for Plaintiffs and the Proposed

28               Class

**KRONENBERGER ROSENFELD**
150 Post Street, Suite 520 San Francisco, CA 94108