Jay Kumar
Jay Kumar Law
73 W. Monroe Suite 100
Chicago, IL 606063

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charissa Keebaugh, Stephanie Neveu, Heather Mercieri,<br><br>Plaintiff(s)<br>v.<br><br>Warner Bros. Entertainment, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-01272-MEMF-(AFMx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [15] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kumar, Jay
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-767-7903
*Telephone Number*

jay@jaykumarlaw.com
*E-Mail Address*

of Jay Kumar Law
73 W. Monroe Suite 100
Chicago, IL 606063
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, on behalf of themselves and all others similarly situated

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Rosenfeld, Jeffrey M.
*Designee's Name (Last Name, First Name & Middle Initial)*

222187                949-374-5036            (949) 374-5056
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jeff@KRInternetLaw.com
*E-Mail Address*

of KRONENBERGER ROSENFELD, LLP
300 Spectrum Center Drive
Suite 400
Irvine, CA, 92618
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

**Dated:** March 7, 2022

_____
U.S. District Judge

G-64 Order (05/16)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1