Katherine E. Hollist
KRONENBERGER ROSENFELD, LLP
1701 Garth Brooks Blvd.
Suite 1011
Yukon, OK 73099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Charissa Keebaugh, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22cv1272 MEMF-(AFMx) |
| v. | |
| Warner Bros. Entertainment Inc., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [19] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hollist, Katherine E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

415-955-1155
*Telephone Number*

415-955-1158
*Fax Number*

kate@KRInternetLaw.com
*E-Mail Address*

of KRONENBERGER ROSENFELD, LLP
1701 Garth Brooks Blvd.
Suite 1011
Yukon, OK 73099
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri, on behalf of themselves and all others similarly situated
*Name(s) of Party(ies) Represent*

✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Rosenfeld, Jeffrey M.
*Designee's Name (Last Name, First Name & Middle Initial)*

222187
*Designee's Cal. Bar No.*

949-374-5036
*Telephone Number*

(949) 374-5056
*Fax Number*

jeff@KRinternetLaw.com
*E-Mail Address*

of KRONENBERGER ROSENFELD, LLP
300 Spectrum Center Drive
Suite 400
Irvine, CA, 92618
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: ____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
   ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☐ not be refunded.

Dated:  March 7, 2022

_____
U.S. District Judge