Katherine E. Hollist
KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charissa Keebaugh, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>Warner Bros. Entertainment Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-01272-MEMF-(AFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [14]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hollist, Katherine E.
*Applicant's Name (Last Name, First Name & Middle Initial*

of | KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108

415-955-1155          415-955-1158
*Telephone Number*      *Fax Number*

kate@KRInternetLaw.com
*E-Mail Address*                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri, on behalf of themselves and all others similarly situated

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Rosenfeld, Jeffrey M.
*Designee's Name (Last Name, First Name & Middle Initial*

of | KRONENBERGER ROSENFELD, LLP
300 Spectrum Center Drive
Suite 400
Irvine, CA, 92618

222187          949-374-5036          (949) 374-5056
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jeff@KRinternetLaw.com
*E-Mail Address*                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: March 8, 2022                    U.S. District Judge:

---

**U.S. District Judge**