Raphael Janove
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, <br><br> Plaintiff(s) <br><br> v. <br><br> Warner Bros. Entertainment, Inc., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-01272-MEMF-AFMx <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [20]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Janove, Raphael     of     Pollock Cohen LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          60 Broad St., 24th Fl.
212-337-5361                                                          New York, NY 10004
*Telephone Number*
rafi@pollockcohen.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, on behalf of themselves and all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rosenfeld, Jeffrey M.     of     KRONENBERGER ROSENFELD, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            300 Spectrum Center Drive
222187          949-374-5036          (949) 374-5056                  Suite 400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*           Irvine, CA 92618
jeff@KRInternetLaw.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: March 8, 2022

_____
**U.S. District Judge**