1  CHRISTOPHER CHORBA, SBN 216692
    cchorba@gibsondunn.com
2  JEREMY S. SMITH, SBN 283812
    jssmith@gibsondunn.com
3  PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 S. Grand Avenue
5  Los Angeles, CA 90071
   Telephone: 213.229.7000
6  Facsimile:  213.229.6972

7  *Attorneys for Defendant*
   *Warner Bros. Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHARISSA KEEBAUGH, STEPHANIE NEVEU, and HEATHER MERCIERI, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 2:22-CV-01272-MEMF (AFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:　　March 3, 2022<br>Current response date:　March 24, 2022<br>New response date:　　April 25, 2022 |

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri (collectively "Plaintiffs") and Defendant Warner Bros. Entertainment Inc., by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their complaint on February 24, 2022;

WHEREAS, Plaintiffs served Defendant with the summons and complaint on March 3, 2022;

WHEREAS, the current deadline for Defendant to respond to the complaint is March 24, 2022;

WHEREAS, the Parties have conferred and agree to extend the time within which Defendant may respond to the Complaint by 30 days;

WHEREAS, as of today, the Court has not set any deadlines or dates of events in this action;

WHEREAS, pursuant to Local Rule 8-3, this extension is effective without a Court order;

THEREFORE, the Parties agree and stipulate that the deadline for Defendant to respond to the Complaint shall be April 25, 2022.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 23, 2022 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Christopher Chorba* <br> Christopher Chorba |
| | *Attorney for Defendant Warner Bros. Entertainment, Inc.* |
| Dated: March 23, 2022 | KRONENBERGER ROSENFELD, LLP |
| | By: */s/ Karl S. Kronenberger* <br> Karl S. Kronenberger |
| | *Attorney for Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri* |

2

**ECF ATTESTATION**

I, Christopher Chorba, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: March 23, 2022

                                        */s/ Christopher Chorba*
                                          Christopher Chorba