CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
JEREMY S. SMITH, SBN 283812
  jssmith@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.6972

*Attorneys for Defendant*
*Warner Bros. Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARISSA KEEBAUGH, STEPHANIE NEVEU, and HEATHER MERCIERI, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>              Defendant. | CASE NO. 2:22-CV-01272-MEMF (AFMx)<br><br>**WARNER BROS. ENTERTAINMENT INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant Warner Bros. Entertainment Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are being made to enable the Court to evaluate possible disqualifications or recusal.

The names of all such parties who may have an interest in the outcome of this case are as follows:

- Warner Bros. Entertainment Inc.
- Warner Media, LLC
- AT&T Inc.
- Charissa Keebaugh
- Stephanie Neveu
- Heather Mercieri

Warner Bros. Entertainment Inc. discloses that it is a wholly owned, indirect subsidiary of Warner Media, LLC, and that AT&T, Inc., a publicly traded corporation, is its ultimate corporate parent. No other publicly held corporation owns 10% or more of the stock of Warner Bros. Entertainment Inc.

Dated: March 23, 2022         GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Christopher Chorba*
          Christopher Chorba

*Attorney for Defendant Warner Bros. Entertainment, Inc.*