# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA KEEBAUGH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–01272–MEMF–AFM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   3/23/2022

Document Number(s):   28

Title of Document(s):   Notice of Appearance or Withdrawal of Counsel G123.

**ERROR(S) WITH DOCUMENT:**

Docket text and document conflict re: name of party.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 24, 2022          By: /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.