Adam Pollock
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charissa Keebaugh, Stephanie Neveu, Heather Mercieri,<br><br>                                  Plaintiff(s)<br>v.<br>Warner Bros. Entertainment, Inc.,<br><br>                                 Defendant(s) | CASE NUMBER<br><br>2:22-cv-01272-MEMF-(AFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [32] [34]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pollock, Adam
*Applicant's Name (Last Name, First Name & Middle Initial)*
212-337-5361
*Telephone Number*
adam@pollockcohen.com
*E-Mail Address*

of  Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, on behalf of themselves and all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rosenfeld, Jeffrey M.
*Designee's Name (Last Name, First Name & Middle Initial)*
222187
*Designee's Cal. Bar No.*
949-374-5036
*Telephone Number*
(949) 374-5056
*Fax Number*
jeff@KRInternetLaw.com
*E-Mail Address*

of  KRONENBERGER ROSENFELD, LLP
300 Spectrum Center Drive
Suite 400
Irvine, CA 92618
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated:  April 1, 2022**

_____
U.S. District Judge