**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@KRInternetLaw.com
Katherine E. Hollist (Admitted *pro hac vice*)
kate@KRInternetLaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**POLLOCK COHEN LLP**
Raphael Janove (Admitted *pro hac vice*)
rafi@pollockcohen.com
Adam Pollock (Admitted *pro hac vice*)
adam@pollockcohen.com
60 Broad St., 24th Fl.
New York, NY 10004
Telephone: (212) 337-5361

**JAY KUMAR LAW**
Jay Kumar (Admitted *pro hac vice*)
jay@jaykumarlaw.com
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CHARISSA KEEBAUGH, STEPHANIE NEVEU,** and **HEATHER MERCIERI,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WARNER BROS. ENTERTAINMENT INC.,** a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01272 MEMF(AGRx)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served: February 24th, 2022<br>Current response date: April 25th, 2022<br>New Response date: June 14th, 2022 |

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri (collectively "Plaintiffs") and Defendant Warner Bros. Entertainment Inc., by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on February 24, 2022;

WHEREAS, Plaintiffs served Defendant with the Summons and Complaint on March 3, 2022;

WHEREAS, Defendant's response to the initial Complaint was originally due March 24, 2022;

WHEREAS, the parties previously stipulated to an extension of time not exceeding 30 days for Defendant to respond to the Complaint, to April 24, 2022;

WHEREAS, the current deadline for Defendant to respond to the Complaint is April 25th, 2022;

WHEREAS, the parties agree pursuant to Fed. R. Civ. P. 15(a)(2) that Plaintiffs shall file an amended pleading within 35 days of the date of filing of this Stipulation, which document shall obviate Defendant's need to respond to the initial Complaint;

WHEREAS, as of today, the Court has not set any deadlines or dates of events in this action;

THEREFORE, in the interests of judicial economy and to avoid unnecessary motion practice, the Parties respectfully request that the Court order Plaintiffs to file their amended pleading by no later than May 24, 2022, and that Defendant be given 21 days to respond from the date when Plaintiffs' First Amended Complaint is filed.

//

//

//

1 | **IT IS SO STIPULATED.**

3 | Dated: April 19, 2022        **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
        Karl S. Kronenberger

*Attorneys for Plaintiffs Charissa Keebaugh, Stephanie Neveu, and Heather Mercieri*

Dated: April 19, 2022        **GIBSON, DUNN & CRUTCHER LLP**

By:   s/ Jeremy S. Smith
        Jeremy S. Smith

*Attorneys for Defendant Warner Bros. Entertainment, Inc.*

### Local Rule 5-4.3.4(a)(2)(i) Certification

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

            s/ Karl S. Kronenberger
            Karl S. Kronenberger