UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA KEEBAUGH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01272-MEMF(AGRx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 36]** |

///

///

1

The Court, having received the stipulation to extend time for Plaintiffs to file First Amended Complaint and for Defendant to respond thereto, and having considered all papers filed in connection with this stipulation, the Court finds as follows:

IT IS HEREBY ORDERED that Plaintiffs shall have until May 24, 2022, to file their proposed First Amended Complaint;

IT IS HEREBY FURTHER ORDERED that Defendant shall have twenty-one (21) days to respond to Plaintiffs' First Amended Complaint, or until June 14, 2022.

Dated: April 21, 2022          _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge