1  CHRISTOPHER CHORBA, SBN 216692
   cchorba@gibsondunn.com
2  JEREMY S. SMITH, SBN 283812
   jssmith@gibsondunn.com
3  PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
6  Facsimile:   213.229.7520

7  *Attorneys for Defendant*
   *Warner Bros. Entertainment Inc.*

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11  WESTERN DIVISION

12  CHARISSA KEEBAUGH,
   STEPHANIE NEVEU, and HEATHER
13  MERCIERI,

14           Plaintiffs,

15     v.

16  WARNER BROS. ENTERTAINMENT
   INC., a Delaware corporation,
17
         Defendant.
18

19

CASE NO. 2:22-CV-01272-MEMF
(AGRx)

**DEFENDANT WARNER BROS.
ENTERTAINMENT INC.'S
SUPPLEMENTAL CORPORATE
DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED
PARTIES**

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, Defendant Warner Bros. Entertainment Inc. submits this Supplemental Corporate Disclosure Statement and Notice of Interested Parties, certifying that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are being made to enable the Court to evaluate possible disqualifications or recusal.

The names of all such parties who may have an interest in the outcome of this case are as follows:

- Warner Bros. Entertainment Inc.
- Warner Bros. Discovery, Inc.
- Charissa Keebaugh
- Stephanie Neveu
- Heather Mercieri

Warner Bros. Entertainment Inc. discloses that it is now a wholly owned, indirect subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. No other publicly held corporation owns 10% or more of the stock of Warner Bros. Entertainment Inc.

Dated: April 28, 2022                    GIBSON, DUNN & CRUTCHER LLP

                                         By: _____*/s/ Christopher Chorba*_____
                                                   Christopher Chorba

                                         *Attorney for Defendant Warner Bros.*
                                         *Entertainment Inc.*