CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
JEREMY S. SMITH, SBN 283812
  jssmith@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
*Warner Bros. Entertainment Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARISSA KEEBAUGH, STEPHANIE NEVEU, HEATHER MERCIERI, SOPHIA NICHOLSON, and P.W., by and through JOIE WEIHER,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:22-CV-01272-MEMF (AGRx)<br><br>**STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND FURTHER RESPONSIVE PLEADING DEADLINE**<br><br>Complaint served: March 3, 2022<br>Current response date: June 13, 2022 |

Gibson, Dunn & Crutcher LLP

STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND
FURTHER RESPONSIVE PLEADING DEADLINE
CASE NO. 2:22-CV-01272-MEMF (AGRx)

Pursuant to Local Rule 7-1, Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, Sophia Nicholson, and P.W. (collectively "Plaintiffs") and Defendant Warner Bros. Entertainment Inc., by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their complaint on February 24, 2022;

WHEREAS, Plaintiffs served Defendant with the summons and complaint on March 3, 2022;

WHEREAS, this Court granted a stipulation to extend time for Plaintiffs to file their first amended complaint and for Defendants to respond within 21 days;

WHEREAS, Plaintiffs filed their first amended complaint on May 23, 2022;

WHEREAS, the current deadline for Defendant to respond to the complaint is June 13, 2022;

WHEREAS, Defendant intends to file a motion to compel arbitration;

WHEREAS, the Parties met and conferred on June 3, 2022 by Zoom in accordance with Local Rule 7-3;

WHEREAS, following the meet and confer, the Parties have conferred and agree to the following modification of the briefing schedule for the motion to compel arbitration:

1. Any opposition to the motion to compel arbitration shall be filed by Thursday, July 21, 2022;
2. Any reply in support of the motion to compel arbitration shall be filed by Thursday, August 11, 2022;
3. The hearing on the motion to compel shall be set for Thursday, August 25, 2022, at 10:00 a.m.;

WHEREAS, the Parties have also conferred and agree to set a deadline for a further responsive pleading after the Court's ruling on the motion to compel arbitration;

Gibson, Dunn & Crutcher LLP

1

STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND FURTHER RESPONSIVE PLEADING DEADLINE
CASE NO. 2:22-CV-01272-MEMF (AGRx)

WHEREAS, the Parties agree to set a deadline of 28 days after there is a final ruling on the motion to compel arbitration for Defendant to file a Rule 12(b) motion or other responsive pleading;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, as follows:

1. Any opposition to the motion to compel arbitration shall be filed by Thursday, July 21, 2022;
2. Any reply in support of the motion to compel arbitration shall be filed by Thursday, August 11, 2022;
3. The hearing on the motion to compel shall be set for Thursday, August 18, 2022, at 10:00 a.m.;
4. A Rule 12(b) motion or further responsive pleading, if necessary, shall be filed 28 days after there is a final ruling on the motion to compel arbitration.

**IT IS SO STIPULATED.**

Dated: June 13, 2022          GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ Christopher Chorba*_____
         Christopher Chorba

*Attorney for Defendant Warner Bros. Entertainment, Inc.*

Dated: June 13, 2022          KRONENBERGER ROSENFELD, LLP

By: _____*/s/ Karl S. Kronenberger*_____
         Karl S. Kronenberger

*Attorney for Plaintiffs Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, Sophia Nicholson, and P.W.*

Gibson, Dunn & Crutcher LLP

2

STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND FURTHER RESPONSIVE PLEADING DEADLINE
CASE NO. 2:22-CV-01272-MEMF (AGRx)

**ECF ATTESTATION**

I, Christopher Chorba, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: June 13, 2022

                                                    */s/ Christopher Chorba*
                                                    Christopher Chorba

Gibson, Dunn & Crutcher LLP

3

STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND FURTHER RESPONSIVE PLEADING DEADLINE
CASE NO. 2:22-CV-01272-MEMF (AGRx)