UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARISSA KEEBAUGH, et al.,

                       Plaintiffs,

      v.

WARNER BROS. ENTERTAINMENT INC.,
a Delaware corporation,

                       Defendant.

Case No.:  2:22-cv-01272-MEMF(AGRx)

**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND FURTHER RESPONSIVE PLEADING DEADLINE [ECF NO. 40]**

On June 13, 2022, the parties filed a Stipulation to set a briefing schedule on Defendant's anticipated motion to compel arbitration and a deadline for a further responsive pleading depending on the outcome of the motion. ECF No. 40.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.     Opposition shall be filed by Thursday, July 21, 2022;

2.     Reply shall be filed by Thursday, August 11, 2022;

3.     The hearing on the motion to compel shall be set for Thursday, August 25, 2022, at 10:00 a.m.;

1

4. A Rule 12(b) motion or further responsive pleading, if necessary, shall be filed 28 days after there is a final ruling on the motion to compel arbitration.

IT IS SO ORDERED.

Dated: July 12, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge