**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Katherine E. Hollist (admitted *pro hac vice*)
kate@kr.law
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**POLLOCK COHEN LLP**
Raphael Janove (admitted *pro hac vice*)
rafi@pollockcohen.com
Adam Pollock (admitted *pro hac vice*)
adam@pollockcohen.com
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

**JAY KUMAR LAW**
Jay Kumar
jay@jaykumarlaw.com (admitted *pro hac vice*)
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **CHARISSA KEEBAUGH, STEPHANIE NEVEU, HEATHER MERCIERI, SOPHIA NICHOLSON,** and **P.W.**, by and through **JOIE WEIHER**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WARNER BROS. ENTERTAINMENT INC.**, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01272-MEMF (AGRx)<br><br>**DECLARATION OF JAY KUMAR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:       October 6, 2022<br>Time:      10:00 a.m.<br>Before:    Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm:      8B |

JAY KUMAR declares under penalty of perjury of the laws of the United States as follows.

1. I am an attorney and counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings.

2. I have personal knowledge of the matters set forth herein and am competent to testify upon them if called upon to do so.

3. The Game of Thrones: Conquest sign-up screen plays the theme song from the popular HBO Game of Thrones series.

4. The following is an image of the Game of Thrones: Conquest sign-up screen, as it appears currently and at least as early as May 2021, and as it would appear on Apple's iPhone XR, Apple's top-selling iPhone in 2019, with dimensions 5.94" x 2.98" x 0.33."[1]



---

[1] *See* https://9to5mac.com/2020/02/25/iphone-xr-2019-best-seller/ *(*data from Omdia's Smartphone Model Market Tracker report noting top selling iPhone.); https://support.apple.com/kb/SP781?locale=en_US (Apple's iPhone XR Technical Specifications).

5. The following is an image of the Game of Thrones: Conquest sign-up screen as it would appear on Apple's iPhone 12, Apple's top-selling iPhone in 2021, with dimensions 5.78" x 2.82" x 0.29."[2]



---

[2] *See* https://www.counterpointresearch.com/global-top-10-smartphones-2021/ (data from Counterpoint Research's Global Monthly Handset Model Sales Tracker); https://www.apple.com/iphone-12/specs/ (Apple's iPhone 12 technical specifications).

6. The following is an image of the Game of Thrones: Conquest sign-up screen as it would appear on Samsung's Galaxy A12, Samsung's top-selling smartphone in 2021, with dimensions 6.5" x 2.98"x 0.35."[3]



---

[3] *See* https://www.sammobile.com/news/samsung-galaxy-a12-was-the-best-selling-android-phone-in-2021/ (SamMobile's website noting top-selling Samsung phones in 2021); https://www.samsung.com/sg/smartphones/galaxy-a/galaxy-a10-black-32gb-sm-a105gzkgxsp/ (Samsung's Galaxy A10 technical specifications).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21 in 2022.

By: _____
JAY KUMAR