UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARISSA KEEBAUGH, STEPHANIE NEVEU, HEATHER MERCIERI, SOPHIA NICHOLSON,** and **P.W.**, by and through **JOIE WEIHER**, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>**WARNER BROS. ENTERTAINMENT INC.**, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01272 MEMF(AGRx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

| | |
|---|---|
| 1 | The Court having received Defendant's Motion to Compel Arbitration and Stay |
| 2 | Proceedings for Case No. 2:22-cv-01272 MEMF(AGRx), the Court having considered all |
| 3 | papers filed in connection with this motion, and the Court finding that it is not appropriate to |
| 4 | compel mediation and stay the proceedings, Defendant's motion is DENIED. |
| 5 | **IT IS SO ORDERED.** |

Dated: _____, 2022

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge