**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Katherine E. Hollist (admitted *pro hac vice*)
kate@kr.law
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**POLLOCK COHEN LLP**
Raphael Janove (admitted *pro hac vice*)
rafi@pollockcohen.com
Adam Pollock (admitted *pro hac vice*)
adam@pollockcohen.com
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

**JAY KUMAR LAW**
Jay Kumar
jay@jaykumarlaw.com (admitted *pro hac vice*)
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CHARISSA KEEBAUGH, STEPHANIE NEVEU, HEATHER MERCIERI, SOPHIA NICHOLSON,** and **P.W.**, by and through **JOIE WEIHER**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WARNER BROS. ENTERTAINMENT INC.**, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01272-MEMF (AGRx)<br><br>**DECLARATION OF JOIE WEIHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:     October 6, 2022<br>Time:     10:00 a.m.<br>Before:   Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm.:    8B |

JOIE WEIHER declares under penalty of perjury of the laws of the United States as follows.

1. I am the mother of Minor Plaintiff P.W. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration or Stay.

2. P.W. made over $6,200.00 worth of in-game purchases on the Game of Thrones Conquest mobile app during an approximately three-week period in mid-March to early April 2022.

3. Neither I nor P.W.'s father downloaded or installed the Game of Thrones Conquest application. Nor did we ever see, read, or agree to Warner Bros.'s Terms of Use. P.W. downloaded and installed the game on his own.

4. Neither I nor P.W.'s father gave P.W. permission to accept Warner Bros.'s Terms of Use.

5. Neither I nor P.W.'s father agreed to any contract with Warner Bros. on behalf of P.W. or otherwise.

6. Neither I nor P.W.'s father permitted P.W. to make any purchase through the Game of Thrones Conquest application.

7. P.W. does not have permission to play Game of Thrones Conquest, and ceased playing the game before the filing of the Amended Complaint.

8. P.W. disaffirms and disavows Warner Bros.'s Terms of Use and each of P.W.'s in-app purchases made while using Game of Thrones Conquest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2022 in Warrenton, Virginia.

By: _____
JOIE WEIHER

Case No. 2:22-CV-01272-MEMF (AGRx)   1   WEIHER DECL ISO PLNTF'S OPP. TO DEF'S MOTION TO COMPEL ARBITRATION