CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
JEREMY S. SMITH, SBN 283812
  jssmith@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
*Warner Bros. Entertainment Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARISSA KEEBAUGH, STEPHANIE NEVEU, HEATHER MERCIERI, SOPHIA NICHOLSON, and P.W., by and through JOIE WEIHER,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:22-CV-01272-MEMF (AGRx)<br><br>**DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Case filed: February 24, 2022<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

Gibson, Dunn & Crutcher LLP

DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF APPEAL
AND REPRESENTATION STATEMENT
CASE NO. 2:22-CV-01272-MEMF (AGRx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant Warner Bros. Entertainment Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's order denying Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. 52), filed in this case on October 13, 2022.

Dated: October 20, 2022          GIBSON, DUNN & CRUTCHER LLP

By: ___*/s/ Christopher Chorba*___
      Christopher Chorba

Christopher Chorba
Jeremy S. Smith
Patrick J. Fuster
*Attorneys for Defendant Warner Bros. Entertainment Inc.*

Gibson, Dunn & Crutcher LLP

1

DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF APPEAL
AND REPRESENTATION STATEMENT
CASE NO. 2:22-CV-01272-MEMF (AGRx)

**REPRESENTATION STATEMENT**
Ninth Circuit Rule 3-2(b)

**Counsel for Defendant-Appellant Warner Bros. Entertainment Inc.:**

Christopher Chorba, SBN 216692
  cchorba@gibsondunn.com
Jeremy S. Smith, SBN 283812
  jssmith@gibsondunn.com
Patrick J. Fuster, SBN 326789
  pfuster@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520
(all of Defendant-Appellant's counsel are registered for electronic filing in the Ninth Circuit)

**Counsel for Plaintiffs-Appellees Charissa Keebaugh, Stephanie Neveu, Heather Mercieri, Sophia Nicholson, and P.W., by and through Joie Weiher:**

Karl S. Kronenberger (Bar No. 226112)
  karl@kr.law
Katherine E. Hollist (admitted pro hac vice)
  kate@kr.law
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Raphael Janove (admitted PHV)
  rafi@pollockcohen.com
Adam Pollock (admitted PHV)
  adam@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361

Jay Kumar (admitted pro hac vice)
  jay@jaykumarlaw.com
JAY KUMAR LAW
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

2

DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF APPEAL
AND REPRESENTATION STATEMENT
CASE NO. 2:22-CV-01272-MEMF (AGRx)

Gibson, Dunn &
Crutcher LLP