# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA KEEBAUGH, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>                Defendant. | Case No.: 2:22-cv-01272-MEMF(AGRx)<br><br>**ORDER GRANTING STIPULATION TO ENTER STAY PENDING APPEAL**<br>**[ECF NO. 62]** |

On November 10, 2022, Defendant filed a motion to stay proceedings pending its appeal from the Court's order denying its motion to compel arbitration under the Federal Arbitration Act. (Dkt. 61.) On November 23, 2022, the parties filed a joint stipulation to stay proceedings pending appeal. The Court, having considered Defendant's motion to stay and the parties' stipulation, hereby GRANTS the stipulation to stay pending appeal and ORDERS as follows:

1. The current proceedings, including all motion practice, depositions, and/or discovery (with the limited exceptions described herein), is stayed until the Ninth Circuit issues its mandate in Defendant's appeal, No. 22-55982;

2.	The parties shall exchange initial disclosures on December 26, 2022, which is 28 days after filing of the stipulation;

3.	The parties shall make a limited production of agreed-upon categories of documents and information as described in the parties' stipulation;

4.	Providing the information in paragraphs 2 and 3 does not in any way waive Defendant's right to pursue individual arbitration through all available means, including on appeal;

5.	Defendant will prepare a draft protective order and ESI protocol to govern the production of documents and information by December 26, 2022, which is 28 days after filing of the stipulation;

6.	Defendant's deadline to file a responsive pleading to Plaintiffs' first amended complaint will be extended until 28 days after the stay is lifted; and

7.	This stipulation shall not waive any rights, arguments, or defenses of either Party, and Defendant continues to assert that Plaintiffs' claims should be decided in an arbitral forum.

IT IS SO ORDERED.

Dated: November 29, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge